# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS O. BIDDLE,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　　　　　　Defendant. | CASE NO. 11-CV-0698-H-CAB<br><br>**ORDER DENYING IN FORMA PAUPERIS APPLICATION WITHOUT PREJUDICE AND GRANTING 30 DAYS TO PAY FILING FEES** |

　　　On April 6, 2011, Plaintiff Francis O. Biddle ("Plaintiff") filed a complaint against Defendant Michael J. Astrue ("Defendant"). (Doc. No. 1.) Plaintiff also filed a motion to proceed *in forma pauperis*. (Doc. No. 2.)

　　　All parties instituting any civil action, suit, or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $350.00 See 28 U.S.C. § 1915(a). An action may proceed despite a plaintiff's failure to prepay the entire fee only if the plaintiff is granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a). See Rodriguez v. Cook, 169 F.3d 1176, 1177 (9th Cir. 1999). The benefit of proceeding *in forma pauperis* is a privilege, not a right. Franklin v. Murphy, 745 F.2d 1221, 1231 (9th Cir. 1984). As 28 U.S.C. § 1915(a)(1) states, in part:

> [A]ny court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein,

1
2
3

without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such [person] possesses that the person is unable to pay such fees or give security therefor.

A plaintiff need not "be absolutely destitute to enjoy the benefit of this statute." <u>Adkins v. E.I. DuPont de Nemours & Co.</u>, 335 U.S. 331, 339 (1948); <u>Jefferson v. United States</u>, 277 F.2d 723, 725 (9th Cir. 1960), <u>cert. denied</u>, 364 U.S. 896 (1960). He must, however, demonstrate his poverty with "some particularity, definiteness, and certainty." <u>United States v. McQuade</u>, 647 F.2d 938, 940 (9th Cir. 1981).

The Court notes that Plaintiff receives $825.00 each month through Social Security and disability. (Doc. No. 2 at 2.) Plaintiff also has a combined balance of $4000.00 in checking and savings accounts. (<u>Id.</u>) Furthermore, Plaintiff owns an automobile vehicle and mobile home property, although the value of either is unknown. (<u>Id.</u> at 2-3.)

It appears Plaintiff can afford the $350.00 filing fee. Accordingly, the Court DENIES the request to proceed *in forma pauperis*. Petitioners must, no later than **May 7, 2011,** provide the Court with: (1) a copy of this Order together with the $350.00 filing fee; or (2) a copy of this Order together with adequate proof that Petitioners cannot pay the $350.00 filing fee.

IT IS SO ORDERED.

Dated: April 7, 2011

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT